IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER HYDE, | |
| Plaintiff, | No. 3:10-CV-1880 |
| v. | (JUDGE CAPUTO) |
| NURSE ANN, WARDEN RICK REISCH, and THE COUNTY COMMISSIONERS | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW** this **31st** day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 47) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 47) is **ADOPTED**.

(2) Defendants' motion for summary judgment (Doc. 41) is **GRANTED** with respect to Defendant Warden Rick Reisch.

(3) Defendants' motion for summary judgment (Doc. 41) is **GRANTED** with respect to Defendants Northumberland County Commissioners.

(3) Defendants' motion for summary judgment (Doc. 41) is **DENIED** with respect to Defendant Nurse Ann Yeager.

A. Richard Caputo
United States District Judge