## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER HYDE,

    Plaintiff,

        v.

NURSE ANN, WARDEN RICK REISCH,
and THE COUNTY COMMISSIONERS

    Defendants.

No. 3:10-CV-1880

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this _31st_ day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 47) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 47) is **ADOPTED.**

    (2)    Defendants' motion for summary judgment (Doc. 41) is **GRANTED** with respect to Defendant Warden Rick Reisch.

    (3)    Defendants' motion for summary judgment (Doc. 41) is **GRANTED** with respect to Defendants Northumberland County Commissioners.

    (3)    Defendants' motion for summary judgment (Doc. 41) is **DENIED** with respect to Defendant Nurse Ann Yeager.

                                   A. Richard Caputo
                                   United States District Judge